UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JUSTIN HEATH SMITH,<br>a/k/a "Austin Wolf,"<br><br>Defendant. | **INFORMATION**<br><br>25 Cr.<br><br>**25 CRIM 281** |

### COUNT ONE
### (Enticement of a Minor)

The United States Attorney charges:

1.  In or about late 2023 or early 2024, in the Southern District of New York and elsewhere, JUSTIN HEATH SMITH, a/k/a "Austin Wolf," the defendant, knowingly, using a facility and means of interstate and foreign commerce, persuaded, induced, enticed, and coerced an individual who had not attained the age of 18 years to engage in prostitution and sexual activity for which a person can be charged with a criminal offense, and aided and abetted the same, and attempted to do the same, to wit, SMITH and another individual induced a 15-year-old minor to engage in sexual activities while in New York, New York.

(Title 18, United States Code, Sections 2422(b) and 2.)

### FORFEITURE ALLEGATION

2.  As a result of committing the offense alleged in Count One of this Information, JUSTIN HEATH SMITH, a/k/a "Austin Wolf," the defendant, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2428, any and all property, real and personal, constituting or derived from proceeds obtained, directly or indirectly, as a result of said offense; and any and all property, real or personal, that was used or intended to be used to commit or

facilitation the commission of said offense, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of said offense and the following specific property:

| Description | Serial Number/Unique ID |
| --- | --- |
| Silver iPhone | 357414192344317 |
| WD MyCloud EX2 Ultra | WUBM31061262 |
| 16GB MicroSD Card | 01160C21 |
| 16GB MicroSD Card | Not Visible |
| 32GB MicroSD Card | 8044XV91283J |
| 32GB MicroSD Card | 6067XV5075L0 |
| 64GB MicroSD Card | 20121413 |
| 64GB MicroSD Card | 8053ZV91E2ZC |
| 1TB SD Card | C1921052250G |
| Samsung SIM Card | DPHH1E5GW844 |
| WD hard drive | WXE108283138 |
| WD MyPassportUltra | WX11D89E28KV |
| 32GB MicroSD Card | 8075XV70234G |
| 256GB MicroSD Card | 84250YDTN4MM |
| WD Elements | WX41D67HYEV1 |
| MicroSD Card | 03070XLTH0CX |
| MicroSD Card | 0367DXNPT09J |
| MicroSD Card | 2451DXHSK06S |
| WD EasyStore | 2GGARY9U |
| WD MyBookDuo | WUBS20160554 |
| WD MyBookDuo | WUBS20362531 |
| Mac Pro | F5KPN06MF9VN |
| Mac Mini | C07C707QJYW0 |
| Mac Mini | C07WC0UXG1J2 |
| MacBook Pro | C17J645TDTY3 |

### Substitute Assets Provision

3. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

      e.      has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

          (Title 18, United States Code, Section 2428;
          Title 21, United States Code, Section 853; and
          Title 28, United States Code, Section 2461.)

*/s/ Jay Clayton*

JAY CLAYTON
United States Attorney