UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JUSTIN HEATH SMITH,<br>a/k/a "Austin Wolf"<br><br>Defendant. | **WAIVER OF INDICTMENT**<br><br>25 Cr. |

The above-named defendant, who is accused of violating Title 18, United States Code, Sections 2422(b) and 2, being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
Justin Heath Smith
Defendant

_____
Witness Name

_____
Witness Signature

_____
Michael Baldassare, Esq.
Thomas H. Andrykovitz, Esq.
Attorneys for Defendant

Dated: New York, New York
      June 18, 2025