UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v.-

JUSTIN HEATH SMITH,
a/k/a "Austin Wolf,"

Defendant.

DECLARATION IN SUPPORT OF FINAL ORDER OF FORFEITURE

25 Cr. 281 (PAE)

Getzel Berger, pursuant to Title 28, United States Code, Section 1746, declares under penalty of perjury as follows:

1. I am an Assistant United States Attorney in the Office of Jay Clayton, United States Attorney for the Southern District of New York, and attorney for the Government herein. I am responsible for the above-captioned matter, and as such, I am familiar with the facts and circumstances of this proceeding. This declaration is submitted in support of the Government's submission for the entry of a Final Order of Forfeiture in the above-captioned case.

2. On or about June 20, 2025, the Court entered a Consent Preliminary Order of Forfeiture as to Specific Property (the "Preliminary Order of Forfeiture") (D.E. 37) with respect to Justin Heath Smith (the "Defendant"), forfeiting to the United States all right, title and interest of the Defendant in the following property:

a. One Silver iPhone with serial number 357414192344317;

b. One WD MyCloud EX2 Ultra with serial number WUBM31061262;

c. One 16 GB MicroSD card with serial number 01160C21;

d. One 16 GB MicroSD card;

e. One 32 GB MicroSD card with serial number 8044XV91283J;

f. One 32 GB MicroSD card with serial number 6067XV5075L0;

g. One 64 GB MicroSD card with serial number 20121413;

h. One 64 GB MicroSD card with serial number 8053ZV91E2ZC;

i. One 1 TB SD Card with serial number C1921052250G;

j. One Samsung SIM Card with serial number DPHH1E5GW844;

k. One WD hard drive with serial number WXE108283138;

l. One WD MyPassportUltra with serial number WX11D89E28KV;

m. One 32 GB MicroSD Card with serial number 8075XV70234G;

n. One 256 GB MicroSD Card with serial number 84250YDTN4MM;

o. One WD Elements with serial number WX41D67HYEV1;

p. One MicroSD Card with serial number 03070XLTHOCX;

q. One MicroSD Card with serial number 0367DXNPT09J;

r. One MicroSD Card with serial number 2451DXHSK06S;

s. One WD EasyStore with serial number 2GGARY9U;

t. One WD MyBookDuo with serial number WUBS20160554;

u. One WD MyBookDuo with serial number WUBS20362531;

v. One Mac Pro with serial number F5KPN06MF9VN;

w. One Mac Mini with serial number C07C707QJYWO;

x. One Mac Mini with serial number C07WCOUXG1J2; and

y. One MacBook Pro with serial number Cl7J645TDTY3;

(a. through y., collectively, the "Specific Property").

3. The Notice of Forfeiture and the intent of the Government to dispose of the Specific Property was posted on an official government internet site (www.forfeiture.gov)

beginning on September 26, 2025 for thirty (30) consecutive days, through October 25, 2025, pursuant to Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions, and proof of such publication was filed with the Clerk of the Court December 18, 2025 (D.E. 54).

4. Since final publication of the Notice of Forfeiture, thirty (30) days have expired and no petitions or claims to contest the forfeiture of the Specific Property have been filed.

5. The Defendant is the only person and/or entity known by the Government to have a potential interest in the Specific Property.

6. The Government seized the Specific Property on or about April 21, 2024 from the Defendant's residence (the "Forfeited Property").

7. Accordingly, the Government requests that the Court enter the proposed Final Order of Forfeiture.

8. No previous application for the relief requested herein has been sought.

Dated: New York, New York
December 18, 2025

JAY CLAYTON
United States Attorney for the
Southern District of New York

By: /s/ *Getzel Berger*
Getzel Berger
Assistant United States Attorney
26 Federal Plaza, 38th Floor
New York, New York 10278
(212) 637-1061